IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| **JOSE MARTIN GAMINO, INDIVIDUALLY, et. al.,** *Plaintiffs* <br><br> v. <br><br> **COOPER TIRE & RUBBER COMPANY,** *Defendant.* | Case No. 4:23-CV-00012-DC-DF |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Under Rule 41 of the Federal Rules of Civil Procedure and by and through their undersigned counsel, Plaintiffs Jose Martin Gamino, individually, and Under the Texas Wrongful Death Act and as Heir at Law to the Estate of Maria Luisa Gamino; Juan Morales Ochoa, Under the Texas Wrongful Death Act and as Heir at Law to the Estate of Maria del Carmen Fierro Morales; John Morales Fierro, Under the Texas Wrongful Death Act and as Heir at Law to the Estate of Maria del Carmen Fierro Morales; Kevin Morales Fierro, Under the Texas Wrongful Death Act and as Heir at Law to the Estate of Maria del Carmen Fierro Morales; Jaime Fierro Gamino, Under the Texas Wrongful Death Act and as Heir at Law to the Estate of Maria Luisa Gamino; and Defendant Cooper Tire & Rubber Company LLC, hereby stipulate to the dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

*/s/ Philip R. McDaniel*
David R. Tippetts
State Bar No. 20065250
david.tippetts@wtllaw.com
Philip R. McDaniel
State Bar No. 24060249
philip.mcdaniel@wtllaw.com
WEINSTEIN TIPPETTS & LITTLE LLP
7500 San Felipe, Suite 500
Houston, Texas 77063
Ph: 713-244-0800
Fx: 713-244-0801

*Attorneys for Defendant*

*/s/ R. Reagan Sahadi (by permission)*
R. Reagan Sahadi
State Bar No. 24042369
rsahadi@sahadilegal.com
SAHADI LEGAL GROUP
414 S. Tancahua Street
Corpus Christi, TX 78401
Ph: (361) 760-3300
Fx: (361) 760-3310

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This instrument was served on the following counsel in compliance with Rule 5 of the Federal Rules of Civil Procedure on April **, 2025:

*Counsel for Plaintiff*                                           *Via E-mail and ECF*
R. Reagan Sahadi
State Bar No. 24042369
rsahadi@sahadilegal.com
SAHADI LEGAL GROUP
414 S. Tancahua Street
Corpus Christi, TX 78401
Ph: (361) 760-3300
Fx: (361) 760-3310

                                        */s/ Philip R. McDaniel*
                                        Philip R. McDaniel