IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| **JOSE MARTIN GAMINO, INDIVIDUALLY, et. al.,** *Plaintiffs* <br><br> v. <br><br> **COOPER TIRE & RUBBER COMPANY,** *Defendant.* | § § § § § § § § § § § § § Case No. 4:23-CV-00012-DC-DF |

## ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE

Upon the parties' Joint Stipulation for Dismissal with Prejudice, and for good cause shown:

**IT IS HEREBY ORDERED** that:

a. All claims against all parties in this action are DISMISSED WITH PREJUDICE;

b. The parties shall each bear their own attorney's fees and costs; and

c. The Clerk of the Court is directed to close this case

IT IS SO ORDERED.

SIGNED this 25th day of April, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE